BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTHONY JOHN BERNAL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:09-CV-01715 SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including November 8, 2010 (day 30 falls on a Sunday). This extension is being sought because the undersigned counsel for the Commissioner has had 5 other district court briefs and a Ninth Circuit brief due between the time Plaintiff filed his motion and the original due date and has been unable to complete the Commissioner's brief. Counsel respectfully requests an additional 30 days in which to respond to Plaintiff's Motion.

///

///

The parties submit that this matter should then proceed in accordance with the original case management order.

Respectfully submitted,

*/s/Bess M. Brewer*

Dated: October 7, 2010
_____
BESS M. BREWER
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: October 7, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:      */s/ Elizabeth Firer*
_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   October 8, 2010**           **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE