```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH FIRER
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone:  (415) 977-8937
        Facsimile:  (415) 744-0134
 7      E-Mail: Elizabeth.Firer@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ANTHONY JOHN BERNAL,  )<br>                              )<br>     Plaintiff,           )<br>                              )<br>        v.                    )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Acting Commissioner of        )<br>Social Security,              )<br>                              )<br>     Defendant.               )<br>_____) | CIVIL NO. 1:09-CV-01715 SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 14 days to respond to Plaintiff's Opening Brief up to and including November 22, 2010.  This extension is being sought because, subsequent to the time this Court granted the Commissioner until November 8, 2010 to respond to Plaintiff's motion, the undersigned counsel for the Commissioner has had an unanticipated and unavoidable increase in her work load related to her duties reviewing the work of other Assistant Regional Counsels in the Commissioner's employ.  The undersigned is one of two attorneys in the Commissioner's office responsible for reviewing all appellate briefs filed in the Ninth Circuit; she is also responsible for mentoring an attorney who is new to the Commissioner's San Francisco office.  During

the first week of November, the undersigned had to review 3 appellate briefs and a district court brief for her colleagues in addition to drafting and filing a brief in one of her own district court case.  Two of the briefs under review required significantly more editing than expected and the work could not be extended.  Counsel respectfully requests an additional 14 days in which to respond to Plaintiff's Motion. Plaintiff's counsel does not object to this request.

      The parties submit that this matter should then proceed in accordance with the original case management order.

                                      Respectfully submitted,

                                        */s/Bess M. Brewer*

Dated: November 8, 2010                _____
                                        BESS M. BREWER
                                        (as authorized via email)
                                        Attorney at Law

                                        Attorney for Plaintiff

Dated: November 8, 2010                BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                          By:

                                        */s/ Elizabeth Firer*
                                        _____
                                        ELIZABETH FIRER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

                                        **ORDER**

      APPROVED AND SO ORDERED.

Dated:  November 9, 2010                     /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE